UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

WALTER BLAIR                              )
4701 Melbourne Place                      )
College Park, Maryland 20740              )
                                          )
           Plaintiff,                     )
                                          )   Case: 1:07-cv-01253
v.                                        )   Assigned To : Huvelle, Ellen S.
                                          )   Assign. Date : 7/12/2007
                                          )   Description: TRO/PI
WILLIAM ZIEGLER, Vice President           )
BB&T Bank                                 )
1909 K Street, N.W.                       )
Washington, D.C. 20006                    )
                                          )
and                                       )
                                          )
BB&T d/b/a Branch Banking and Trust Company )
1909 K Street, N.W.                       )
Washington, D.C. 20006                    )
                                          )
           Defendants.                    )
                                          )

### PLAINTIFF'S MOTION TO ESTABLISH THE PLACE FOR DELIVERING MONTHLY MORTGAGE PAYMENTS TO A SEPARATE TRUST ACCOUNT OR IN THE COURT REGISTRY

COMES NOW, Petitioner, Walter Blair, pro se, and files Plaintiff's Motion to Establish the Place for Delivering Monthly Mortgage Payments to a Separate Trust Account, for reasons

1.  Based on the attached Complaint;

2.  The Petition for Temporary Restraining Order;

3.  The Petition for Preliminary Injunction;

4.  The Exhibits reflecting that as of July 6, 2007, Plaintiff's account was paid current, yet Defendant bank has advised that it is going to return the last June 2007 payment to Plaintiff, even when the July 2007 payment was not yet due.

5. This motion to establish a separate trust account is made necessary by Defendants' wrongful conduct and improper banking procedure and attitude whereby it has indicated its intent not to receive the July 2007 payment and all subsequent payments until this matter is resolved, whether by Court or before the jury.

6. Plaintiff intentions to deposit the monthly payment of 5,669.80 is the best way to maintain the status quo and protect Plaintiff as well as Defendants during this protracted litigation or until further order of the Court.

7. In the event that the Court prefers that Plaintiff's monthly mortgage payment be placed in the Court registry, Plaintiff is more than willing to immediately begin a process of placing the monthly payment, including the July 2007 payment into the Court's registry.

WHEREFORE, it is respectfully requested that Plaintiff's Motion to Establish the Place for Delivering Monthly Mortgage Payments to a Separate Trust Account be granted.

Respectfully submitted,
BLAIR & LEE, P.C.

_/s/ Walter Blair_
Walter L. Blair, Esquire, D.C. Bar # 471057

_/s/ Sandy Lee_
Sandy V. Lee, Esquire, D.C. Bar# 361460
4701 Melbourne Place
College Park, MD 20740
(301) 474-4700

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2007 a copy of the foregoing Plaintiff's Motion to Establish the Place for Delivering Monthly Mortgage Payments to a Separate Trust Account, was faxed (301-513-0846) and mailed to:

WILLIAM ZIEGLER, Vice President
BB&T Bank
1909 K Street, N.W.
Washington, D.C. 20006

and

BB&T Bank d/b/a Branch Banking and Trust Company
1909 K Street, N.W.
Washington, D.C. 20006

        SERVE: Larry M. Bell
               1736 Independence Avenue, S.E.
               Washington, D.C. 20003

_____
Walter L. Blair, Esquire

FILED
JUL 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| WALTER BLAIR<br>4701 Melbourne Place<br>College Park, Maryland 20740<br><br>Petitioner,<br><br>v.<br><br>WILLIAM ZIEGLER, Vice President<br>BB&T Bank<br>1909 K Street, N.W.<br>Washington, D.C. 20006<br><br>and<br><br>BB&T d/b/a Branch Banking and Trust Company<br>1909 K Street, N.W.<br>Washington, D.C. 20006<br><br>Respondents. | Case No. 07 1253 |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ESTABLISH THE PLACE FOR DELIVERING MONTHLY MORTGAGE PAYMENTS TO A SEPARATE TRUST ACCOUNT OR IN THE COURT REGISTRY

Plaintiff relies on the following case law:

*Mova Pharm. Corp. v. Shalala*, 329 U.S.App. D.C. 341, 140 F.3d 1060, 1066 (D.C. Cir. 1998) (quoting *CityFed Fin. Corp. v. Office of Thrift Supervision*, 313 U.S. App. D.C. 178, 58 F. 3d 738, 746 (D.C. Cir. 1995); see also *World Duty Free Americas, Inc. v. Summers*, 94 F. Supp. 2d 61, 64 (D.D.C. 2000).

An analysis of the Complaint, **Exhibits A through C**, and the further allegations in the Petition for Temporary Restraining Order and Preliminary Injunction all reflect sufficient bases to

justify the Court granting Plaintiff's Motion to Establish the Place for Delivering Monthly Mortgage Payments to a Separate Trust Account.

WHEREFORE, it is respectfully requested that Plaintiff's Motion to Establish the Place for Delivering Monthly Mortgage Payments to a Separate Trust Account be granted.

> Respectfully submitted,
> BLAIR & LEE, P.C.
>
> _/s/ Walter Blair_
> Walter L. Blair, Esquire, D.C. Bar # 471057
>
> _/s/ Sandy Lee_
> Sandy V. Lee, Esquire, D.C. Bar# 361460
> 4701 Melbourne Place
> College Park, MD 20740
> (301) 474-4700

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2007 a copy of the foregoing Plaintiff's Motion to Establish the Place for Delivering Monthly Mortgage Payments to a Separate Trust Account, was faxed (301-513-0846) and mailed to:

WILLIAM ZIEGLER, Vice President
BB&T Bank
1909 K Street, N.W.
Washington, D.C. 20006

and

BB&T Bank d/b/a Branch Banking and Trust Company
1909 K Street, N.W.
Washington, D.C. 20006

      SERVE: Larry M. Bell
              1736 Independence Avenue, S.E.
              Washington, D.C. 20003

_____
Walter L. Blair, Esquire