UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| WALTER BLAIR, Petitioner, | ) | |
| v. | ) | Case No. 1:07-CV-01253 |
| WILLIAM ZIEGLER, Vice President of BB&T Bank | ) | |
| and | ) | |
| BB&T Bank d/b/a Branch Banking and Trust Company | ) | |
| Respondents. | ) | |

**SECOND SUPPLEMENTAL PETITION FOR PRELIMINARY INJUNCTION VIA JULY 2007 MORTGAGE PAYMENT OF $5669.80, PAID ON JULY 13, 2007**

COMES NOW, Petitioner, Walter Blair, pro se, and for this Second Supplemental Petition for Preliminary Injunction Via July 2007 Mortgage Payment of $5669.80, Paid on July 13, 2007, states as follows:

1. Petitioner hereby submits the full July 2007 payment in the amount of $5,669.80, paid on July 13, 2007, two (2) days ahead of the due date. See **Exhibit 1**, a copy of the July 2007 payment via cashiers' check number 4968016540 in the amount of $5,669.80.

2. To the extent that Respondents have any questions or problems with the June 2007 payment (previously paid on July 6, 2007), or to the extent that Respondents have returned said June 2007 payment, this payment takes its place, and upon notice or receipt of any returned payment, Petitioner will submit again said payment to BB&T Bank. In any event, as of July 13, 2007, the June

2007 payment and July 2007 payment, which is now paid early, has been delivered to Respondents. See **Exhibit 2**.

WHEREFORE, it is respectfully requested that the relief sought in the Petition for Preliminary Injunction filed July 12, 2007, and the relief sought in the first Supplemental Petition for Preliminary Injunction filed July 13, 2007, and based on all the submissions to date filed by Petitioner, be granted as requested in the Preliminary Injunction as well as the first Supplemental Petition for Preliminary Injunction.

Respectfully submitted,
BLAIR & LEE, P.C.

Walter L. Blair, Esquire, D.C. Bar # 471057

Sandy V. Lee, Esquire, D.C. Bar# 361460
4701 Melbourne Place
College Park, MD 20740
(301) 474-4700

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of July, 2007, a copy of the foregoing Second Supplemental Petition for Preliminary Injunction Via July 2007 Mortgage Payment of $5669.80, Paid on July 13, 2007 was faxed, (301) 469-3601and mailed to Jordan M. Spivok, Esquire, Protas, Spivok & Collins, LLC, 4550 Montgomery Avenue, Suite 1125, Bethesda, Maryland 20814.

Walter L. Blair, Esquire

WLB/kwC:\My Documents\BLAIR, WALTER\BLAIR, WALTER\blair v bb&t second supplemental motion for preliminary injunction w6.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| WALTER BLAIR,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM ZIEGLER, Vice President of BB&T Bank<br><br>and<br><br>BB&T Bank<br>d/b/a Branch Banking and Trust Company<br><br>Respondents. | ) | Case No. 1:07-CV-01253 |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SECOND SUPPLEMENTAL PETITION FOR PRELIMINARY INJUNCTION VIA JULY 2007 MORTGAGE PAYMENT OF $5669.80, PAID ON JULY 13, 2007**

On July 13, 2007, to quiet all matters raised by Respondents as to whether Petitioner has paid current the mortgage on the subject property, this Supplement to the Petition for Preliminary Injunction demonstrates that Petitioner has paid July 2007 mortgage payment in the amount of $5669.80 to Respondent, BB&T Bank. See **Exhibit 1**. Moreover, BB&T's bank teller, Diana Marchante, received said payment and gave a receipt for said payment also on July 13, 2007. See **Exhibit 2.**

WHEREFORE, it is respectfully requested that the relief sought in the Petition for Preliminary Injunction filed July 12, 2007, and the relief sought in the first Supplemental Petition for Preliminary Injunction filed July 13, 2007, and based on all the submissions to date filed by

Petitioner, be granted as requested in the Preliminary Injunction as well as the first Supplemental Petition for Preliminary Injunction.

Respectfully submitted,
BLAIR & LEE, P.C.

Walter L. Blair, Esquire, D.C. Bar # 471057

Sandy V. Lee, Esquire, D.C. Bar# 361460
4701 Melbourne Place
College Park, MD 20740
(301) 474-4700

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of July, 2007, a copy of the foregoing Second Supplemental Petition for Preliminary Injunction Via July 2007 Mortgage Payment of $5669.80, Paid on July 13, 2007 was faxed, (301) 469-3601and mailed to Jordan M. Spivok, Esquire, Protas, Spivok & Collins, LLC, 4550 Montgomery Avenue, Suite 1125, Bethesda, Maryland 20814.

Walter L. Blair, Esquire

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

SUNTRUST

**Official Check**

4968016540

87-275/642

VOID OVER 5,669.80

JULY 13, 2007

4434968-UMCF4

$5,669.80

FIVE THOUSAND SIX HUNDRED SIXTY NINE DOLLARS AND 80 CENTS

Pay To The Order Of BB&T ACCT# 9550570952-00001

SunTrust Banks Inc. by its Authorized Agent SunTrust Bank

Purchaser WALTER BLAIR FOR JULY 07

Memo

Payable At SunTrust Bank

930015 (3/07)

Robin A. Brewster

Authorized Signature

⑈4968016540⑈ ⑆061100790⑆7019019996⑈



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

WALTER BLAIR,

Petitioner,

v.

WILLIAM ZIEGLER, Vice President of BB&T Bank

and

BB&T Bank
d/b/a Branch Banking and Trust Company

Respondents.

Case No. 1:07-CV-01253

## STATEMENT OF PAYMENT MADE BY KEVIN WILLIAMS

On this 13th day of July 2007, I, Kevin Williams, delivered the original of the attached cashier's check in the amount of $5,669.00 for July 2007 to BB&T Bank by way of teller, Diana Marchante.

Kevin Williams, Legal Assistant, Blair & Lee, P.C.

Business Loan Credit
BB&T
Branch Banking and Trust Company

REFER TO BACK OF TICKET FOR INSTRUCTIONS ON COMPLETION.

CLIENT NAME: Walter Blair
PREPARED BY (please print clearly): [illegible]
OFFICER #:
DATE: 7/13/07

CLIENT NUMBER: 9550570952
NOTE NUMBER: 00001
TRAN CODE: 8400
CODE:
DF1:
DF2:
DF3:

TOTAL (DF1+DF2+DF3) MUST BE COMPLETED
$ 5,669.80

F0008540010 (Rev. 08/26/02)

DUPLICATE

PLAINTIFF'S EXHIBIT 2

2613708 08523 004 #00160 18?00 07/13/07
#0000955057095200001 PMT $5,669.80
CREDIT NEXT BUSINESS DAY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| WALTER BLAIR,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM ZIEGLER, Vice President of BB&T Bank<br><br>and<br><br>BB&T Bank<br>d/b/a Branch Banking and Trust Company<br><br>Respondents. | Case No. 1:07-CV-01253 |

**PRELIMINARY INJUNCTION ORDER**

UPON CONSIDERATION of the Second Supplemental Petition for Preliminary Injunction, **including the Supplement filed July 13, 2007**, opposition thereto, following a hearing on the matter between the parties, and it appearing to the Court that good cause is shown why the Preliminary Injunction sought by Petitioner should be granted, it is on this ____ day of July, 2007,

ORDERED, that the Petition for Preliminary Injunction is GRANTED, and it is further,

**ORDERED, that Respondents are enjoined from accelerating the terms of the note between Petitioner and Respondents**, and it is further,

ORDERED, that Respondents and their agents are preliminary enjoined from terminating or attempting to terminate the mortgage loan agreement between Petitioner and Respondent, BB&T Bank, the subject of this litigation, until further order of the Court, and it is further,

ORDERED, that Respondents and their agents are preliminarily enjoined from foreclosing against, owning, transferring, selling, attempting to foreclose or own or interfering in any way with Petitioner's ownership and possessory rights, and interests and to the subject property located at 4701 Melbourne Place, College Park, Maryland 20740, until further order of the Court, and it is further,

ORDERED, that the Respondents and their agents are preliminarily enjoined from returning the monthly payments submitted or to be submitted by Petitioner to Respondents, which amount of the monthly note is approximately $5,669.80, including the payment previously paid by Petitioner for June 2007, and it is further,

ORDERED, that Respondents and their agents are enjoined from raising the outstanding principal balance of $657,635.85 on the note until further order of the court, and it is further,

ORDERED, that alternatively, the Court permit Petitioner to open up a new bank account and place the monthly mortgage note payments in said bank account and Respondents and their agents are preliminarily enjoined from interfering in any way with said bank account in which Petitioner will place the monthly payments of $5,669.80 to be presented to the Court or the trier of fact, until further order of the Court, and it is further,

ORDERED, that this preliminary hearing shall be in full force and effect against Respondents and their agents, until further order of the Court.

U.S. DISTRICT COURT JUDGE

cc: Walter L. Blair, Esquire

Jordan M. Spivok, Esquire