G:\users docs\marcies\BB&T\J36670  Walter Blair\Notice of Appearance.wpd

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| **WALTER BLAIR**<br>2600 Sunshine Court<br>Brookeville, MD 20833<br><br>    Petitioner<br><br>v.<br><br>**WILLIAM ZIEGLER**<br>2754 Thornbrook Road<br>Ellicott City, MD 21042<br><br>    and<br><br>**BRANCH BANKING AND TRUST COMPANY**<br>1909 K Street, NW<br>Washington, DC 20006<br><br>    Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 1:07-CV-01253<br>Judge Ellen S. Huvelle<br>Next Event: Hearing on 7/20/07 for<br>   TRO and Preliminary Injunction |

### ENTRY OF APPEARANCE

Dear Madam Clerk:

    Please enter the appearance of Jordan M. Spivok, Philip J. Collins and Protas, Spivok & Collins, on behalf of the Defendants, William Ziegler and Branch Banking and Trust Company, in the above-entitled cause.

    Thank you.

July 18, 2007

Respectfully submitted:

PROTAS, SPIVOK & COLLINS, LLC

| | |
|---|---|
| /s/ Philip J. Collins<br>Philip J. Collins, D.C. Bar #430366<br>4550 Montgomery Avenue, Suite 1125<br>North Lobby Two<br>Bethesda, MD 20814<br>(301) 469-3604<br>Attorney for Defendants | /s/ Jordan M. Spivok<br>Jordan M. Spivok, D.C. Bar #65243<br>4550 Montgomery Avenue, Suite 1125<br>North Lobby Two<br>Bethesda, Maryland 20814<br>(301) 469-3602<br>Attorney for Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was mailed, postage prepaid, to Walter L. Blair, Esquire, Plaintiff/Attorney for Plaintiff, at his last known address of Blair & Lee, P.C., 4701 Melbourne Place, College Park, MD 20740, this 18TH day of July, 2007 and delivered by facsimile transmission to 301-474-5568.

/s/ Jordan M. Spivok
Jordan M. Spivok