G:\users docs\marcies\BB&T\J36670 Walter Blair\Reply to Supplemental Petition.wpd

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| WALTER BLAIR )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>WILLIAM ZIEGLER, et al. )<br>)<br>Respondents. )<br>_____ ) | Case No. 1:07-CV-01253<br>Judge Ellen S. Huvelle |

**REPLY TO SUPPLEMENTAL PETITION FOR PRELIMINARY INJUNCTION
BASED ON DISINGENUOUS STATEMENT OF
RESPONDENTS' COUNSEL, JORDAN M. SPIVOK**

COMES NOW the Defendants, William Ziegler and BB&T Bank, by its attorney, Jordan M. Spivok and Protas, Spivok & Collins, LLC, and for Reply to the Supplemental Petition, avers the following:

1. In response to a question by the trial Judge during a conference call between opposing counsel and the Court on July 12, 2007 at approximately 3:10 p.m., the Court inquired whether counsel for Branch Banking & Trust Company had filed a foreclosure action. Counsel answered in the affirmative. As may be seen below, the answer was correct.

2. The foreclosure action was filed on July 11, 2007 and delivered to the Circuit Court for Prince George's County via Federal Express. A copy of the Line to the Clerk docketing the foreclosure is attached as Exhibit 1.

3. The FedEx Airbill is attached as Exhibit 2.

4. The foreclosure action was delivered on July 12, 2007 at 9:26 a.m. and signed for by D.M. Morrisey, an employee of the Circuit Court for Prince George's County, Maryland. A copy of the tracking is attached as Exhibit 3.

RECEIVED
JUL 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5. As of the date of this Reply, counsel has not received its file-stamped copy or a case number. Such is not unusual as the Court will note the date of filing, but generally take several days to process and assign a case number to the action.

WHEREFORE, the premises considered, Defendants pray that the Supplemental Petition be denied.

July 13, 2007

Respectfully submitted:

PROTAS, SPIVOK & COLLINS, LLC

By: _____
Jordan M. Spivok, Esquire, D.C. Bar #65243
4550 Montgomery Avenue, Suite 1125
North Lobby Two
Bethesda, Maryland 20814
(301) 469-3602
Attorney for Respondents

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Reply was mailed, postage prepaid, to Walter L. Blair, Esquire, c/o Blair & Lee, P.C., attorneys for the Petitioner, at their last known address of 4701 Melbourne Place, College Park, MD 20740, this 13th day of July, 2007.

_____
Jordan M. Spivok

G:\users docs\marcies\BB&T\J36670\Blair - Order to Docket.wpd

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| JORDAN M. SPIVOK and<br>PHILIP J. COLLINS,<br>Substitute Trustees<br>4550 Montgomery Avenue<br>North Lobby Two, Suite 1125<br>Bethesda, MD 20817<br><br>        Plaintiff,<br><br>v.<br><br>WALTER L. BLAIR<br>4701 Melbourne Place<br>College Park, MD 20740<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CAE _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER TO DOCKET FORECLOSURE OF DEED OF TRUST

Dear Madam Clerk:

Please enter the appearance of Jordan M. Spivok and Protas, Spivok & Collins, LLC as attorneys on behalf of the Plaintiff in the above-entitled cause.

Please docket the above-entitled cause of action together with (i) original Deed of Trust and Security Agreement dated September 28, 2004 from Walter L. Blair to Edward P. Barker and William J. Ziegler, Trustees, for the benefit of Branch Banking & Trust Company, and recorded among the Land Records of Prince George's County, Maryland on April 7, 2005 at Liber 21783, Folio 111; (ii) Affidavit of Indebtedness; (iii) Affidavit of Non-Military Service; (iv) Certification of Debt Instrument.

Attached please find my check for $115.00 payable to the Clerk for filing.

July 11, 2007                                           Respectfully submitted:

                                                        PROTAS, SPIVOK & COLLINS, LLC

EXHIBIT 1

By: _____
Jordan M. Spivok, Esquire
4550 Montgomery Avenue, Suite 1125
North Lobby Two
Bethesda, Maryland 20814
(301)469-3602
**Attorney for Plaintiffs**

**FedEx US Airbill** Express

**1 From** Please print and press hard.

Date: 7/11/07
Sender's FedEx Account Number: 2277-4161-9
FedEx Tracking Number: 8643 5596 2035

Sender's Name: LAW OFFICE
Phone: (301) 469-3600
Company: PROTAS, SPIVOK & COLLINS, LLC
Address: 4550 MONTGOMERY AVE STE 1125
City: BETHESDA   State: MD   ZIP: 20814-3304

**2 Your Internal Billing Reference:** J36600

**3 To**
Recipient's Name: Circuit Court for
Company: Prince George's County
Recipient's Address: 14735 Main St.
City: Upper Marlboro   State: MD   ZIP: 20772

0358212296

**4a Express Package Service**
[ ] FedEx Priority Overnight
[ ] FedEx 2Day
[X] FedEx Standard Overnight
[ ] FedEx Express Saver

**4b Express Freight Service**
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging**
[X] FedEx Envelope
[ ] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling**
[ ] SATURDAY Delivery
[ ] HOLD Weekday at FedEx Location
[ ] HOLD Saturday at FedEx Location
Does this shipment contain dangerous goods?
[X] No   [ ] Yes   [ ] Yes   [ ] Dry Ice   [ ] Cargo Aircraft Only

**7 Payment Bill to:**
[X] Sender   [ ] Recipient   [ ] Third Party   [ ] Credit Card   [ ] Cash/Check

Total Packages: 1   Total Weight: ___   Total Declared Value: $ .00

**8 Residential Delivery Signature Options**
[ ] No Signature Required
[ ] Direct Signature
[ ] Indirect Signature

519

**EXHIBIT 2**

**FedEx**

US Home                                                    Information Center | Customer S

Español                                                    [Search    ]

Package / Envelope Services | Office/Print Services | Freight Services | Expedited S

| Ship | Track | Manage My Account | International Tools |

Track Shipments                              Printable Version    Quick Help
## Detailed Results

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 861435962035 | **Reference** | J36670 | **Wrong Address?** Reduce future mistal |
| **Signed for by** | D.MORRISEY | **Delivered to** | Receptionist/Front Desk | FedEx Address Che |
| **Ship date** | Jul 11, 2007 | **Service type** | Standard Envelope | |
| **Delivery date** | Jul 12, 2007 9:26 AM | | | **Tracking a FedEx S Shipment?** Go to shipper login |
| **Status** | Delivered | | | |
| **Signature image available** | Yes | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 12, 2007 | 9:26 AM | Delivered | | |
| | 8:11 AM | On FedEx vehicle for delivery | CROFTON, MD | |
| | 7:14 AM | At local FedEx facility | CROFTON, MD | |
| | 1:27 AM | At dest sort facility | BALTIMORE, MD | |
| Jul 11, 2007 | 9:14 PM | Left origin | ROCKVILLE, MD | |
| | 6:36 PM | Picked up | ROCKVILLE, MD | |

**Take 15% off** list rates on eligible FedEx Express online shipments. Learn more >>

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name: [              ]          Your E-mail Address: [              ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☒ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

Select format:  ⊙ HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.


EXHIBIT 3



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

July 13, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **861435962035**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Jul 12, 2007 09:26 |
| **Signed for by:** | D.MORRISEY | | |
| **Service type:** | Standard Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 861435962035 | **Ship date:** | Jul 11, 2007 |

**Recipient:**
US

**Shipper:**
US

**Reference**

J36670

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

G:\users docs\marcies\BB&T\J36670 Walter Blair\Reply to Supplemental Petition.wpd

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| WALTER BLAIR ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 1:07-CV-01253 |
| ) | Judge Ellen S. Huvelle |
| WILLIAM ZIEGLER, et al. ) | |
| ) | |
| Respondents. ) | |
| _____) | |

## ORDER

UPON CONSIDERATION of Petitioner's Supplemental Petition for Preliminary Injunction Based on Disingenuous Statement of Respondents' Counsel, Jordan M. Spivok, and the Reply thereto, it is by the United States District Court for the District of Columbia, this _____ of _____, 2007,

ORDERED, that Petitioners' Supplemental Petition for Preliminary Injunction be, and the same hereby is, DENIED.

BY THE COURT:

_____
Judge, U.S. District Court