G:\users docs\marcies\BB&T\J36670 Walter Blair\Opposition to TRO.wpd

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| WALTER BLAIR<br>2600 Sunshine Court<br>Brookeville, MD 20833<br><br>    Petitioner<br><br>v.<br><br>WILLIAM ZIEGLER<br>2754 Thornbrook Road<br>Ellicott City, MD 21042<br><br>and<br><br>BRANCH BANKING AND TRUST COMPANY<br>1909 K Street, NW<br>Washington, DC 20006<br><br>    Respondents. | Case No. 1:07-CV-01253<br>Judge Ellen S. Huvelle<br>Next Event: Hearing on 7/20/07 for<br>    TRO and Preliminary Injunction |

## ORDER

UPON CONSIDERATION of Petitioner's Petition for Temporary Restraining Order and Preliminary Injunction, and the Opposition thereto, the Court having read and considered same, and having heard oral argument, it is, by the United States District Court for the District of Columbia, this _____ day of _____, 2007,

ORDERED, that the Petition for Temporary Restraining Order and Preliminary Injunction be, and the same hereby is, DENIED WITH PREJUDICE.

BY THE COURT:

_____
Ellen S. Huvelle, District Court Judge