**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| WALTER BLAIR, )<br><br>Petitioner, )<br><br>v. )<br><br>WILLIAM ZIEGLER, et al. )<br><br>Respondents. ) | Case No. 1:07-CV-01253 |

## PETITIONER'S REPLY TO RESPONDENT'S OPPOSITION TO PETITION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

COMES NOW, Petitioner, Walter Blair, pro se, and files Petitioner's Reply to Respondent's Opposition to Petition for Temporary Restraining Order and Preliminary Injunction, for the following reasons:

### PETITIONER'S REBUTTAL OF ALLEGATIONS IN THE RESPONSE BY BB&T

1.    Respondents' counsel, after telling the Court that he filed the foreclosure action in the Circuit Court of Prince George's County on July 11, 2007, now on page 2 of his Response, states, "On July 12, 2007 BB&T Bank filed a state foreclosure action in the Circuit Court of Prince George's County, Maryland" against Petitioner. Clearly, the initial statement which Attorney Spivok gave to the Judge is disingenuous.

2.    Next, Mr. Spivok goes on in a footnote to the Court attempting to paint a dark cloud over Mr. Blair by referring to actions which occurred in the Circuit Court of Montgomery County. In that case, Mr. Spivok, as in this case, sought to advise the Court that he served Petitioner in a

1

credit card debt collection action by allegedly serving Petitioner via Federal Express, signed by Petitioner's employee. Mrs. Spivok then published this matter including Petitioner's social security private information into the public.    Petitioner sued Attorney Spivok for negligence, misrepresentation and damages as he did not serve Plaintiff Blair at all.  The secretary was not authorized to receive such documents or sign for Walter Blair. See **Exhibit A**.  This Court will notice the improper scheme of service in that Montgomery County Circuit Court case, as Mr. Spivok tried to do in this case, by Federal Express filing in this case as well, was improper service and never occurred as claimed by Spivok. Moreover, Mr. Blair challenged this attempted service by advising the Circuit Court that whoever signed for the Federal Express package, a new employee named Kathy, was not authorized to receive any service of process for Mr. Blair.  Kathy was not authorized then and she is not authorized now to receive any service of process for Petitioner. **See Exhibit A, Affidavit of Kathleen J. Prunner. See also Exhibit C, Affidavit of Sandy V. Lee, Esquire**. To Petitioner's surprise, that Circuit Court, without an affidavit on the subject, rejected Mr. Blair's position which is constitutionally mandated by both federal and state.

3.    Mr. Spivok then raised scandalous information and bad law, which he has raised in this case as well, the matter of In re Walter L. Blair, after he was well aware of that decision by the District of Columbia, Mr. Blair challenged the. D.C Applicant. No. 91-BG-699, Decided Oct. 12, 1995.  What Mr. Spivok did not tell the Circuit Court that he was aware that that decision in the District of Columbia was bad law, since he was aware that Mr. Blair challenged the D.C. Court of Appeals position.  Subsequently, Mr. Blair was permitted to retake and pass the D.C. Bar and was subsequently admitted by the District of Columbia Bar on April 16, 2001, after the Court found that Mr. Blair was qualified in every way, fit and proper to be admitted to the D.C. Bar. **See Exhibit B,**

**Affidavit of Walter Blair[1].**

4.      Mr. Spivok and one or two other lawyers over the years have sought to bring up this irrelevant area of bad law, and have convinced one or two judges without advising the Court that this is bad law and revised law and that Mr. Blair has been admitted to the D.C. Bar many years ago and is in good standing.  This irrelevant material should show the this Federal Court the type of impropriety Mr. Spivok is willing to engage in, in order to improperly convince the Court of his position.

## THIS COURT HAS JURISDICTION PURSUANT TO THE JURISDICTIONAL CLAIMS IN THE COMPLAINT AS WELL AS THE AMENDED COMPLAINT TO INCLUDE THE CONSUMER CREDIT PROTECTION ACT (15 U.S.C. 1601, ET SEQ

5.      Mr. Spivok then attempts to challenge jurisdiction of this Court.  However, he purposely avoids the Amended Complaint which includes the Court's jurisdiction by way of The Fair Debt Collection Practices Act and The Consumer Credit Protection Act (15 U.S.C. 1601, *et seq*).  See the Amended Complaint filed July 17, 2007.

6.      Moreover, this suit against Mr. Ziegler is not personal, but in his capacity of BB&T Bank representation and BB&T Bank is located in the District of Columbia.  So Mr. Spivok's attempt to challenge jurisdiction would fail in any event.  See the allegations of the Complaint and Amended Complaint.  They give this Court jurisdiction over this matter.

7.      Next, Mr. Spivok, for the Respondents, then submits an Affidavit of Jeffrey Sherman to challenge the agreement made between Petitioner and Rush Seale, an officer of the bank, at paragraph 10.  But the Affidavit is no more than hearsay, that is, an extrajudicial statement, offered

---

[1] Note that in this case, Mr. Spivok has placed a brief footnote on the subject demonstrating his awareness of submitted irrelevant matters and bad law to this Court.

to prove the truth of the matter for which it was asserted, and there being no exceptions, the statement by Mr. Jeffrey Sherman is inadmissible on the issue in question of whether an agreement was established between Rush Seale and Petitioner. See Federal Rules of Evidence.

8.     Notwithstanding the various documents submitted by Respondents, reflecting Petitioner's payment, as Petitioner has previously said, no bank official or representative had ever sent a letter to Petitioner advising that payment was late and suggesting that they would take steps against Petitioner. This letter written on June 28, 2007 and received on July 2, 2007 was the first such letter as previously stated by Petitioner in this matter.

9.     Petitioner, therefore, argues and restates the Complaint and the documents attached therein and again states that the bank and its counsel have a vendetta against Petitioner which is obvious since the bank, acting through its counsel, Mr. Spivok, has had serious animus reflecting Attorney Spivok's unethical practices and actions orchestrated to mislead the Court. Attorney Spivok has falsely submitted to the Court in at least one Maryland case and in this case that he filed when he did not, and that he served Petitioner when he did not serve Petitioner, and as such Mr. Spivok continues to promote a dishonest and unethical practice before this Court, in the U.S. District Court for the District of Columbia. Moreover, Spivok himself knows that the information he submits is false, disingenuous and misleading.

## EVIDENCE OF BAD FAITH AND DISINGENUOUS ACTIONS BY BB&T AND ITS COUNSEL, JORDAN SPIVOK

10.     On page 5 of the Respondents' Opposition to Preliminary Injunction, its counsel, again, in a disingenuous attempt to sway the Court in its favor, states, "Presently, no date has been scheduled for the foreclosure sale, nor has any legal advertisement announcing the sale appeared in

any local papers." What BB&T and its counsel have done is place Petitioner in a false light and to damage Petitioner's credit from obtaining other lenders approval by filing such foreclosure action. They intentionally advise the public that **a foreclosure action against Petitioner's <u>home</u> has been filed**. Petitioner is now receiving a barrage of letters from lawyers, foreclosure advisors and the like, all alleging that Petitioner's <u>home</u> is being foreclosed against. See **Exhibits 1 through 7**. There is no justification for Respondent, BB&T, publishing such a defamatory, false and damaging statement against Petitioner or his home. There is no valid reason, other than to financially ruing Petitioner. Respondents' counsel, Jordan Spivok, an experienced attorney in foreclosure action, intentionally mislead the entire Washington metropolitan public that Mr. Blair's home is in foreclosure. Such is not true. Petitioner's home has never been involved in foreclosure. **This preliminary injunction is need to stop Respondents' counsel's reckless action which will irreparably harm Petitioner and irreparably cause the loss of Petitioner's commercial property, a unique structure, built by Petitioner's own hands. See Mr. Blair's Affidavit, Exhibit B. See Exhibits 1 through 7. See also, the Affidavit of Attorney, Sandy V. Lee, Exhibit C.**

11.    Moreover, if the Court examines the chronological order of Respondents and its counsel's action, it is clear that <u>they retaliated</u> against Petitioner, after Petitioner served them notice on July 11, 2007 via facsimile, that on the following day, July 12, 2007, Mr. Blair would appear before the federal court seeking Temporary Restraining Order and Preliminary Injunction pursuant to filing a lawsuit against BB&T.

12.    As it stands, Petitioner is fully compliant with the bank's requirement to pay, as agreed, with Rush Seale. Additionally, Mr. Spivok has intentionally filed a foreclosure action against Petitioner alleging that Petitioner's residential property is being foreclosed against. As a

result, numerous lawyers and people are contacting Petitioner, embarrassing and harassing Petitioner alleging that Petitioner's home is being foreclosed against. All of this was done intentionally and as a result of a vendetta which BB&T, by and through its counsel, Jordan Spivok, have against Petitioner. See **Exhibits 1, 2, 3, 4, 5, 6, and 7**, documents all flooding Petitioner's office with a false and fraudulent allegation that Petitioner's home is being foreclosed against. Petitioner alleges that this is further evidence of Defendant and its counsel's reckless disregard for the rights of Petitioner and their intent to ruin Petitioner by falsely advising the members of the public that Petitioner's residence/home is being foreclosed against, when in fact they are well aware that such statements are false.

13.    Next Respondents and Spivok have recently invaded Petitioner's credit records without any authority or permission whatsoever from Mr. Blair, as required by law, and have wrongfully published alleged records and scores in this case and to the public[2].

14.    Next Respondents and Spivok falsely advised this Court that Petitioner has paid the subject mortgage with insufficient funds. Such is false. Respondents and Spivok have never provided any notice to Mr. Blair or Blair & Lee, P.C. of such an outrageous claim. They produce no evidence to the Court. For example, if there were insufficient funds, what did they do with the check(s)? Where is the written notices to Petitioner alleging insufficient funds? This falsehood by Respondents coupled with Respondent and counsel's other serious violations against Petitioner Blair, should be enough to cause this Court to rule in favor of Petitioner's injunctive relief.

---

[2] For example, the history of the *Yellowbook* case is falsely reported since Petitioner has challenged it and the matter is under appeal.

<u>BOTH BLAIR LOANS WITH BB&T ARE IN GOOD STANDING AND CURRENT.  **SEE**</u>
<u>**EXHIBIT D, PETITIONER'S CREDIT CARD LOAN.**</u>

BB&T and its attorney have raised scandalous matters after invading my credit records

without my permission or knowledge, but they fail to advise this Court that my second loan of

$20,934.07 (BB&T credit card) is paid current. $500.00 was paid on July 13, 2007, when only

$419.00 was due on July 15, 2007.  BB&T failed to advise this Court accurately on the second loan

due to Respondents' negligence, intentional, wrongful conduct, civil rights violations, unfair creditor

practice or with knowledge that such information would permit the Court to order the preliminary

injunctive relief sought by Petitioner Blair.  **See Exhibit D**.

WHEREFORE, it is respectfully requested that the relief sought in the Petition for

Preliminary Injunction filed July 12, 2007, and the relief sought in the first Supplemental Petition

for Preliminary Injunction served on Defendants July 13, 2007, and the relief sought in the second

Supplemental Petition for Preliminary Injunction served on Defendants on July 13, 2007, be granted

in favor of Petitioner.

Respectfully submitted,
BLAIR & LEE, P.C.


_____/s/_____
Walter L. Blair, Esquire, D.C. Bar # 471057


_____/s/_____
Sandy V. Lee, Esquire, D.C. Bar# 361460
4701 Melbourne Place
College Park, MD 20740
(301) 474-4700


**<u>CERTIFICATE OF E-FILING</u>**

I HEREBY CERTIFY that on this 19th day of July, 2007, a copy of the foregoing Petitioner's

Reply to Respondent's Opposition to Petition for Temporary Restraining Order and Preliminary

Injunction was electronically filed and so served upon Jordan M. Spivok, Esquire, Protas, Spivok

& Collins, LLC, 4550 Montgomery Avenue, Suite 1125, Bethesda, Maryland 20814.

_____/s/_____
Walter L. Blair, Esquire

WLB/kWC:\My Documents\BLAIR, WALTER\BLAIR, WALTER\blair v bb&t reply to respondents' opposition to petition for tro w6.wpd



**The Law Office**
# KIMBERLY TAYLOR LOGAN
743-B Park Road, NW
Washington, DC 20010

202-492-1050
FACSIMILE 202-330-4555
kimberlytaylorlogan.esq@comcast.net

**Kimberly Taylor Logan, Esq.**
ADMITTED IN DC, MD, PA

July 17, 2007

Walter Blair
4701 Melbourne Place
College Park, MD 20740:

Dear Walter Blair:

***STOP*** the *pending* foreclosure sale of your home!  Public records indicate that your mortgage company has initiated proceedings to auction your home.  The Law Office of Kimberly Taylor Logan is a debt relief agency that helps individuals such as you file for relief under the Bankruptcy Code.

A **possible** solution to your situation is Chapter 13 bankruptcy.  Through this chapter most people can stop the foreclosure proceedings.  In a chapter 13, your creditors cannot call you on the phone or even send you a letter without your permission.  Chapter 13 helps you reorganize your debt.  After you file, you resume making your normal monthly mortgage payment and in addition you make installment payments to pay off your mortgage arrears and any associated fees stretched over a 3 to 5 year period.   In many instances after 6 months to a year in the bankruptcy you may be able to refinance and have your bankruptcy discharged.

***CALL*** today to schedule an appointment.  If after consultation you decide that Chapter 13 Bankruptcy is not the solution for you, then I will refer you to others who may be able to assist you in this matter.

***Don't*** loose the home you have worked so hard to obtain.   CALL NOW and put your mind at ease.  ***The Law Office of Kimberly Taylor Logan*** is a firm that you can trust and who has experience assisting homeowners in stopping foreclosure sales.  So don't hesitate call us at **202-492-1050** to schedule your appointment.

Sincerely,

Kimberly Taylor Logan

PLAINTIFF'S
EXHIBIT



**Garza, Regan & Associates** P.C.
ATTORNEYS AND COUNSELORS

Garza Building
17 West Jefferson Street
Rockville, Maryland 20850
301.340.8200 TEL
301.294.6159 FAX
www.garzanet.com

LAWRENCE F. REGAN, JR.
DIRECT DIAL
301.838.3581
E-Mail: lregan@garzanet.com

July 17, 2007

Walter Blair
4701 Melbourne Place
College Park, MD  20740

Re:    Foreclosure of Your Home

Dear Mr. Blair:

I have been advised through court files that foreclosure proceedings have been instituted against you.  The purpose of this letter is to advise you of my availability to represent you in connection with this matter and any other financial transaction in which you may require expert assistance. John Garza and I have been named 2007 bankruptcy Super Lawyers by *Law and Politics* and the editors of *Baltimore Magazine* for both Maryland and Washington, DC. (superlawyers.com)

Many remedies to this situation exist at a low cost to you; in most cases a failure to take action will result in the loss of your property.  I invite you to contact me, at no obligation, to discuss your particular circumstances.  It is our job to **SAVE YOUR HOME AND PROPERTY.**

### Call now to save your home at 301-340-8200.

Very truly yours,

GARZA, REGAN & ASSOCIATES, P.C.

Lawrence F. Regan, Jr.

We are a debt relief agency.  We help people file for bankruptcy relief under the Bankruptcy Code.  We are proud to have helped thousands of clients in this way.



PLAINTIFF'S
EXHIBIT
2

**GRAFF & ASSOCIATES LLC**
5695 Main Street, Suite 300A
Elkridge, MD 21075-5016
Office: 410-796-8424
Toll Free: 877-796-8424
Fax: 410-796-5424
E-Mail: GraffandAssocLLC@aol.com



July 16, 2007

Walter Blair
4701 Melbourne Place
College Park, MD 20740

Dear Walter Blair:

We are sorry that you are having financial difficulties and that your house is facing public auction.

I have listed several solutions below to help you solve your mortgage problem in the simplest manner possible. In most situations, all you need is time to help you catch up on your bills.

Walter Blair, what you need is a solution that will take care of "ALL" of your problems while stopping the foreclosure and restoring some of your piece of mind. Then you need a "Recovery plan" that fits your life so you can regain control and this plan needs to be flexible according to your life.

You have fallen behind on your mortgage payments and are now trying to catch up *but* the mortgage company will not give you enough time to do so! Below are several of the solutions we use to help homeowners! Call us to find out the details. There is no cost or obligation for our free telephone consultation!

If you would like to stay in your house, then I can help you in any one or more of the following ways:

- Get you an interest-free loan to save your house
- Put your missed back-payments into your current mortgage
- Set up a repayment plan with your mortgage company
- Help you refinance your home
- Buy your house and rent it back to you. (Your neighbors will never know the difference.)
- If the above is not of interest to you then we have many unique programs and ways to help you that our competitors do not.

PLAINTIFF'S
EXHIBIT
2

Walter Blair
July 16, 2007
Page 2


If you wish to leave your house (property):

- We can take over your problem and give you cash for your cooperation.  Then we will fix up the house using our money, then sell the property.
- If you have decided to move out of your house but you do not want the possibility of any debt following you, then we should talk!
- Sometimes in our program, you could have the option of YOU being paid $1,000 to $2,500 to voluntarily move out and vacate the property.


You owe it to yourself to, at least, call me and find out all of your rights and options.

Bad things sometimes happen to good people.

Sincerely Yours,

*Michael Graff*

Michael Graff
(410) 796-8424

4383

**THE ROBERTS TEAM**
9475 LOTTSFORD ROAD STE 180
LARGO, MD 20774

**BIG BANK**
POST OFFICE BOX 1394
TEMPLE HILLS, MD 20748

July 17, 2007

PAY TO THE
ORDER OF          Walter Blair                                    $    10,000.00

TEN THOUSAND DOLLARS AND 00/100 ************************************************************************    DOLLARS

Walter Blair
4701 Melbourne Place
College Park, Maryland 20740

MEMO          Do Not Call for Signature
AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈004383⑈ ⑆082002286⑇ 1028169 13847⑈

---

**THE ROBERTS TEAM**                                                4383

Dear Home Owner:

Your lender's attorney is gearing up to take your
home for unpaid mortgage payments. But your
home doesn't have to end up at the auction block
and be sold to the highest bidder. We can arrange
a loan that would allow you to catch up on all your
late payments and fees and keep the lawyers at bay.
No credit, income, or employment verification.

For more information call us at 301-704-6399.

You can still overnight reinstatement money to your
lender if you call us right away.

---

**THE ROBERTS TEAM**                                                4383

Waverly A. Roberts
Certified Financial
Hardship Specialist



JUL 1 8 2007 1

KR

# How ANY Homeowner More Than Two Months Behind In Their Mortgage Payments Can Get Back On Their Feet
# Today!

Dear Fellow Homeowner and Friend,

Are you sick and tired of your mortgage company harassing or threatening to take your home? How about receiving endless phone calls from creditors asking you for money that you may not currently have? What if you could finally put an end to being behind on your mortgage payments forever?

What do you think is the number one reason people lose their homes to foreclosure and your mortgage company is banking on it? Is it payments being too high, mortgage companies not cooperating with them, or perhaps being too far behind to catch up? Nope, it's none of these reasons.

*The Number One Reason Why People Lose Their Homes To Foreclosure Is Because Of Procrastination And Inaction!*

I can promise you, if you don't do anything and hoping this too shall pass or it will just blow over, you will join the many others that thought the same way and lose your home too!!!

**Having been on several radio shows and helped well over 7,500 homeowners since 2001**, I know what an overwhelming experience this can be for some people to deal with. This can honestly scare some people so badly, that it causes them to go into a hole and hide, not wanting to deal with it all.

Praying, crying and ignoring have their benefits and may provide you with some relief; but the main thing that is going to put this behind you is to deal with it now before it gets any worse. If for any reason you're being hesitant or the pressure is just too much;

1. I honestly understand what you're facing and how you feel
2. It's O.K., and probably not as bad as you think
3. We've assisted well over 7,500 people in your similar circumstances

My name is Robert Brown and oddly enough I'm a former Police Officer from Maryland. I spent over 14-years fighting, chasing down and arresting bad guys. Believe me when I tell you what an exciting experience that was for me. Now, I'm having even more fun helping the good guys. I'm helping good people like yourself who are about to get hit with perhaps the most devastating, stressful and financial disasters of their lives.

PLAINTIFF'S EXHIBIT
5

As you've probably noticed by now, everybody in their brother are sending you letters, calling you on the phone, or some maybe as bold to drop by and tell you they want to buy your home.

With the dozens or perhaps hundreds of misleading, confusing and junk mail you'll soon be receiving regarding your current mortgage setback, the last thing you need from me is more confusion. **These people are saying things such** as "We Can Save Your Home", or You're in A Sinking Ship And I Can Save You From Drowning and even offering it For **Free.**

All I can tell you is that you don't have to be some type of brain surgeon to figure out nothing in life is for free. If they're telling you this, then you should run away from them as fast as you can. All I can say is buyer beware and assure you they want to do is to steal your home. Like the old saying says, If It Seems Too Good To Be True, Then It Probably Is.

These so called experts are nothing more than amateur hacks and aren't much better than your mortgage company that got you into this position in the first place. They're looking to do one thing and one thing only. That's to steal your home away from you before your mortgage company does.

My intention is to separate myself from others that are undoubtedly only interested in **stealing** your home or looking to make a quick buck off of your misfortune.

**One of the biggest problems with all the letters you've been receiving is that they almost never speak to you in plain simple English. Between all the financial mumbo jumbo and legal mumbo jumbo, It's All Just Mumbo Jumbo! Frankly between you and me, that's what got a lot of my clients trouble in the first place, which is not understanding what their signing.**

What I'll share with you during our Mortgage Restoration Meeting is **our unique process for completely eliminating any and all financial headaches** you're currently dealing with. And yes, even if you are currently facing losing your home, I Mean Right Now!

I can share from personal experience; I know what you're going through! It hasn't been too long ago that I faced losing my home, repossession of my car and divorce. It seems like it was only yesterday when my Mortgage Company and creditors were hounding and threatening me daily for money. **Some of them were so rude that if I had the money, I wouldn't have given it to them anyway.** But that's another story!

I've gone through some hard times of my own and I remember how painful they were. Since that time, I'm a living witness and can tell you from experience, the sooner you can get this stressful situation behind you, your life will dramatically change for the better. Time has a unique way of healing things very quickly when you don't have something like this hanging over your head.

Unlike **the other letters you've be receiving, I'm not going to suggest that you refinance your home, file bankruptcy, or that I buy it and sell it back to you at a later date** when your credit improves. Those things usually make matters worse and are not in your best interest. **Please Read The Following Story…**

Not too long ago in the early part of 2006, one of my clients shared with me a frightening story of how fearful she was of losing her home. When she went through her foreclosure and money problems, she contacted almost all 60 people that mailed her letters. Some of these letters were sent by attorneys, real estate agents and investors. **They all sounded great --** and for a moment she really thought they wanted to help her.

She set up appointments to meet many of them. After meeting with them, it was evident that **the only things they were interested in was buying her home or leading her down a path that she would later regret. That's not the help she had in mind.**

As you can see, **there are many "VULTURES" hoping to take advantage of your temporary misfortune.** Unfortunately many people that are facing foreclosure are also experiencing financial difficulties in other areas of their lives. **Many of them become desperate and turn to anyone that will tell them whatever they want to hear,** promises them a quick and easy bankruptcy, or that they can get refinanced without any hitches.

The more than 7,500 other people we've been able to assist come to me for several reasons. I hold their hand and guide them step by step through this process with no desires of owning their home, and permanently put an end to their foreclosure nightmares.

**Not everyone that receives this package and contacts me will automatically be accepted to become one of our confidential clients.** *Why?* Many people that receive this package will unfortunately have their Fresh Start Analysis Form stamped **"Responded Too Late."**

Others are already right now as we speak, on their way to completely eliminating the financial nightmare you are facing because they've either called the 24-hour hotline or faxed their Fresh Start Analysis Form in immediately? **Which One Will You Be?**

The next step now is to see if we're a good match and if you qualify. I need you to completely fill out and fax the enclosed **Fresh Start Analysis Form or call the 24-hour hotline.**

Once we've received your form it will be reviewed by one of our analyst and you'll then be contacted within 24 hours to let you know if you qualify. Afterwards, we'll schedule a time for a **Mortgage Restoration Meeting** and thoroughly discuss your current concerns and develop a plan to get you back on track.

Each week we mail a similar package to about 107 new people facing losing their home. Out of those, 5 people generally respond right away, but countless others just drag their feet and sometimes wait too long. The only way to guarantee we can assist you is by not procrastinating and sending in your Fresh Start Analysis Form "RIGHT NOW."

So to be one of the 5 homeowners we're **GUARANTEED** to put an immediate halt to their foreclosure this week; stop right now and complete the **Fresh Start Analysis Form** and then fax it to 443-486-4049 or call our 24-hour **Distressed Homeowners Emergency Hot Line** at 888-388-2506 ext. 4442 and leave us a detailed message of your current situation.



> **Here's our "Happy Customer Piece of Mind Guarantee".** If we can't legally prevent your mortgage company from taking your home, or if you haven't received at least 10 times the value, we'll immediately give you a prompt and courteous refund, no questions asked, *plus an additional $250 just for meeting with me!*

Yours In Prosperity,

*Robert Brown*

Robert Brown

President/CEO
Keep My Home Today
www.keepmyhometoday.com
Fax: 443-486-4049
**Emergency Hotline:** 888-388-2506 ext. 4442

**P.S. Make no mistake; we can only guarantee this offer to the first 5, NOW 4 people that contact us and are qualified. Anyone after that will unfortunately have to be put on our waiting list with no guarantee we'll be able to service them in time.**

**P.P.S. Don't delay, you are just one phone call away from permanently putting your financial and mortgage headaches behind you forever.** We've helped well over 7,500 people nationwide prevent their foreclosure and if you hurry we can help you too.

## "Discover What People All Over Are Saying About Robert Brown & Distressed Homeowners Assistance Network!"

Listen. I can tell you from today until a month from Sunday, how good I am and how pleased others have been with me, but you know what? Don't believe me.

Instead, try listening to what a few of my clients have to say -- that's the only opinion that really counts anyway, right?

Are these people any different than you? Probably not, they're just hard-working homeowners with too much on their plates and hit a bump in the road.

And I don't need to tell you, in today's day-and-age... it takes a lot more than a "Coke and a smile" to get someone to sign their name to a testimonial, let alone *write one* themselves. So here they are, listen for yourself:

**"I finally found someone who understood my situation, did not judge me and showed me how to get my finances together. He generally does care and it wasn't just about getting more business." Wollering in self pity didn't help me, but Robert did.**

Robert has come into my life twice to help me -- The first time I fell behind in my mortgage was in 2002. I didn't listen to his suggestions and allowed my mortgage company to scare me into thinking I had to deplete most of my life savings in order to keep my home.

I paid over $12,000 of my retirement savings to catch up my mortgage. Robert told me that I didn't have to do that but I didn't listen to him. If I had listened to Robert the first time, I could have paid a much smaller portion of my back payments and I would still have most of my life savings still in the bank.

In 2005 I fell behind again, but didn't make the same mistake twice. **"This time I listened to Robert and it worked out wonderfully!"** I really, really wished I had listened to him the first time I fell behind.

**More important than anything else to me,** even after I didn't choose to work with Robert the first time in 2002, like most other companies, I thought he would have just moved on and forgotten about me, but he continued to stay in contact with me and made sure that I was staying current with my mortgage payments and sent me a birthday card every year.

**Ramona Dixon – Upper Marlboro, MD**

**"Robert provided me with much stress relief during the time that my ex-wife and I weren't communicating."**

I had no knowledge that my home was facing foreclosure. Robert contacted me and guided us both through the process step by step. This was a time I could have very easily lost it, but because he handled the situation very honorably and professionally, he created a win-win situation for both me and my ex-wife.

**David Canty – Baltimore, MD**

---

**"We paid a total of $3,000 to a bankruptcy attorney to resolve our delinquent mortgage, and all it did was ruin our credit."   We still ended up in foreclosure and right back where we started.**

We went to see to a bankruptcy attorney for advice, and what he told us was that we had to file bankruptcy. He advised us that this was our only and best option.   The biggest difference between Robert and the bankruptcy attorney was that Robert was extremely personable and informative. He laid everything out upfront and told us precisely what to expect.

There were no hidden surprises, unexpected expenses and things occurred exactly the way he told us it would. There may be free services available that could have possibly helped us, but we believe you get what you pay for. We never doubted from the beginning that he wouldn't be able to help us exactly the way he said. We received much more in value, than what we paid. We never gave the price we paid a second thought.

Robert went above and beyond what we expected.

**James & Cynthia O'neal**

---

**"We just had a baby girl and I was home on maternity leave.  Robert took the stress away from me dealing with our mortgage company, which was harassing and calling us daily for money."**

We were bombarded with people sending us letters and coming by our home unannounced offering us assistance. They ranged from investors wanting to buy our home to attorney's advising us to file bankruptcy without really knowing our total situation. The other people & companies that were offering us assistance had no long term solutions.  We went with Robert because he was the only person that I had a plan to permanently resolving our foreclosure concerns. He was worth every penny we paid him and we wish we had found him sooner.

**Sean & Alex Henry - Silver Spring, MD**

**This is a limited time offer. Due to the many daily requests for assistance, I'm only able to assist you if you respond by:** JULY 15, 2007

<div style="border: 1px dashed black; padding: 10px;">

# <u>Fresh Start Analysis Form</u>

This form will be used to determine your eligibility for assistance. Your personal information is very serious to us and will be held in strict confidence. In no way will your information be sold, shared or viewed by any 3rd parties. Please answer all information completely. Fax your responses to:

**Robert Brown, c/o Keep My Home Today (formerly Distressed Homeowners)
Fax: 443-486-4049**

Your Name
_____

Your Address
_____

City, State, Zip
_____

Home Phone _____ E-mail: _____

Fax _____ Work Phone: _____

Please explain **<u>in detail</u>** your current financial and mortgage concerns?
_____
_____

In your opinion, what has caused your mortgage to fall behind?
_____
_____

How can we best assist you? (Use a second sheet of paper if necessary)
_____

Is your mortgage currently behind? If so, How many months? _____

Are you currently facing foreclosure? If so, When is your sale date? _____

Who is your mortgage company? _____

How did you hear about our services, company?
_____
_____

After we receive your Application Form, we will contact you to let you know if you qualify for our assistance. **Do to the high volume of daily requests we receive, our response time is generally between 24-48 hours, excluding weekend and holiday's.**

</div>

**Office Use Only** _____ **Approved/Not Approved** _____

# MONTERO LAW GROUP, LLC

1110 Bonifant Street, Suite 510
Silver Spring, Maryland 20910
Tel: 301.588.8100
Fax: 301.588.8101
*www.monterolawgroup.com*

R. Manny Montero (MD)
Jude Wikramanayake, Esq. (MD, DC)
Scott R. Robinson (MD)

R. Manny Montero, Esq.
Email: mmontero@monterolawgroup.com

July 16, 2007

Walter Blair
4701 Melbourne Place
College Park, Maryland 20740

## Don't Lose Your Home to Foreclosure

**Dear Mr./Ms. Blair:**

We have been informed through circuit court filings that foreclosure proceedings have been instituted against you. That means your home will soon be sold to the highest bidder at a public auction. Don't let this happen to you!

We are available to help you through this difficult time. Our attorneys are experienced in foreclosure, debt management and credit negotiations, and will work to keep you in your home and resolve your debt problems. You will work directly with an attorney, not a paralegal.

You must act quickly, however, to resolve this matter and get back on track to restoring your damaged credit. We will give you the representation you deserve. I invite you to contact us to discuss your particular circumstances. It is our job to SAVE YOUR HOME AND PROPERTY.

Call now for a **free consultation** at 301-588-8100. We are also available nights and weekends at 240-475-4848 or 301-785-9963.

Very truly yours,

R. Manny Montero, Esq.
Scott Robinson, Esq.

*We are a Debt Relief Agency. We help individuals file for bankruptcy relief.*

PLAINTIFF'S EXHIBIT 6

# KFS



## Mortgage and
## Real Estate Solutions, LLC

5667 Stone Road #675, Centreville, VA 20120 • Phone/Fax: (703) 968-0177 • Cell: (703) 963-0693 • Email: KFSHELP@aol.com

Dear Homeowner:

We are sending you this letter because courthouse records indicate that you are the owner of a property that has either a scheduled or pending foreclosure. This may be the first letter you've received, or just one of many. We hope that you'll take a moment to read it.

My partner and I are specialists at preventing foreclosure with **combined experience of over 44 years.** We have helped many thousands of homeowners to solve their foreclosure problems and to get their lives back on track. We would like the opportunity to try to assist you as well. All of our programs are nationally recognized... and they work. **We are in compliance with all State and Federal regulations.**

At this time, you may be receiving letters from attorneys soliciting you for bankruptcy. You may also be inundated with people advising you to sell your house and/or offering to buy it from you. Or perhaps you are being flooded with offers to lend you money or try to refinance your house. If you are reading this letter it's probably a little late for that.

Confusing, isn't it?

- **The lawyers want** you to file bankruptcy, because that's **what they do.**
- **The Real Estate people/Investors want** you to sell, because that's **what they do.**
- **Mortgage Brokers want** to try to get you to borrow... regardless of the rate or terms, because **that's what they do.**

But what about what **you need?**

**You need** to get answers... FAST! **You need** someone who can help you to save your home. **You need** someone who is not putting **what they do** in front of what is best for you. **You need** someone without an agenda.

**You need someone to give you honest answers and REAL help!**

That is what we do.

Please call us right away. It's not too late, but you should not delay. **Call 1-888-508-4321 or (local) 703-968-0177. Our cell phone number is 703-963-0693.** We need to talk.

Regards,

Frank and Karen Stickle
KFS Mortgage and Real Estate Solutions, LLC

PLAINTIFF'S
EXHIBIT
17

# **Testimonials**

Dear Mr. Stickle,

Thank you very much for helping us save our house. Even though you had less than three weeks, and we were panicking you came through for us. We want to thank everyone there, especially Frank and Patricia. We were very excited when Patricia called us less than twenty-four hours from the sale of our home to let us know that your company had worked out everything with the mortgage company. We would certainly recommend your company to anyone that was in our position, we cannot praise you enough.

Sincerely,
David and Trish

---

Dear Mr. Frank Stickle,

This letter is written to express our deepest appreciation for the hard work of your team. We were concerned about our financial situation and were facing a possible foreclosure. I heard about your company on the radio and immediately called Frank. I was able to schedule a meeting right away. Frank was very kind and understanding and he made a scary situation seem like no that big a deal. He explained very clearly what the options were and was able to "assure" me that he would be able to help me. Immediately he and his team went to work and they negotiated with Countrywide Home Loans a special arrangement and I was able to keep the house and made regular monthly payments as if nothing had ever happened.

I owe a lot to Frank and especially to Adam who, tirelessly endured my worrisome phone calls every other day and gave me whatever status he had while at the same time assuring and reassuring me that things were going to work out fine. I am happy to say that they did.

I highly recommend Frank and his team to anyone facing a possible foreclosure. They should contact Mr. Stickle and I know personally that they will not be disappointed with the results. There are no words that I can say that will adequately express the relief I felt once the deal was done.

Thanks again Frank and Adam for your hard work on our behalf.

Sincerely,
L. Harris

---

We thank God for directing us towards Frank and Karen Stickle. We appreciate the kind and professional manner by which Karen and Nick handled my husband and me during our very first counseling session. You laid our all the options for our particular situation. We are very pleased with the diligence and time spent to help us not only stay in our home, but do it more comfortably.

Thank you,
Milton and Candy S.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

WALTER BLAIR,                        )
                                     )
            Petitioner,              )
                                     )
v.                                   )        Case No. 1:07-CV-01253
                                     )
WILLIAM ZIEGLER, et al.              )
                                     )
            Respondents.             )
_____)

## AFFIDAVIT OF KATHLEEN J. PRUNNER

PERSONALLY APPEARED before me, Kathleen J. Prunner, who first being duly sworn on oath, deposes and says that your Affiant has personal knowledge of the facts and matters contained herein and is competent to testify to same, namely:

1.     I am an adult over the age of 21 years old.

2.     I am a legal secretary at the law firm of Blair & Lee, P.C., located at 4701 Melbourne Place, College Park, Maryland 20740.

3.     At no time did Attorney Walter L. Blair ever give me permission to sign any documents for him as receipt of summons or service or process in any way, shape or form.

4.     If and when I sign any documents, Federal Express documents, I did it unknowing of the contents or that the Federal Express document would be used to bind Mr. Blair as if he was served with legal documents.  That was not my intention, knowledge or purpose.

FURTHER, YOUR AFFIANT SAYETH NOT.

1



TAKEN, SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 19th DAY OF JULY,

2007.

_Kathleen J. Prunner_
KATHLEEN J. PRUNNER

NOTARY PUBLIC: _James D. Williams_

MY COMMISSION EXPIRES: _1 June 2011_

JAMES D. WILLIAMS
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
MY COMMISSION EXPIRES JUNE 1, 2011

WLB/kw C:\My Documents\BLAIR, WALTER\BLAIR, WALTER\blair v bb&t (kathy prunner affidavit) w6.wpd

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

WALTER BLAIR,           )
)
        Petitioner,    )
)
v.                  )    Case No. 1:07-CV-01253
)
WILLIAM ZIEGLER, et al.   )
)
        Respondents.   )
)

## AFFIDAVIT OF WALTER L. BLAIR

PERSONALLY APPEARED before me, Walter L. Blair, who first being duly sworn on oath, deposes and says that your Affiant has personal knowledge of the facts and matters contained herein and is competent to testify to same, namely:

1.     I am an adult over the age of 21 years old.

2.     I am the Senior Attorney at the law firm of Blair & Lee, P.C., with offices in the District of Columbia and Maryland.

3.     I was admitted to the District of Columbia Bar on April 16, 2001 by and through the D.C. Court of Appeals, which record is on file and my license to practice law is in good standing. I was admitted to the D.C. Bar particularly after the matter of District of Columbia Court of Appeals, *In re Walter L. Blair* , Applicant, No. 91-BG-699, and   *In re Blair*, 665 A.2d 969 (1995) was reconsidered by the D.C. Court of Appeals.  I was admitted to the Maryland Bar on October 3, 1996 after the Court considered the District of Columbia ruling *In re Blair*, 614 A.2d 523 (D.C. 1992) and *In re Blair*, 665 A.2d 969 (1995).

1



4.    Moreover, attorney for Respondents, Mr. Jordan Spivok, has been personally advised that I am a member of the D.C. Bar since the year 2001 and he should check the records before sending bad law before the Court for the purposes of gaining an unfair advantage.

5.    Mr. Spivok has continued to attempt to gain an unfair advantage in pleadings concerning Blair and Spivok or Spivok's client by raising scandalous and irrelevant matters when in fact Mr. Spivok is well aware that I have been admitted to the D.C. Bar and my admission is in good standing since at least the year 2001.

6.    On or about July 2, 2007, pursuant to receiving a letter from Rush Seale, I contacted Rush Seale at the BB&T Bank in College Park, Maryland, at which point Rush Seale advised of the amount that was owed to the bank, $11,530.09, at which time it was agreed between the parties that I would pay $6,000.00 and part of June 2007 payment, to cover May 2007 payment and within five (5) business days thereafter I would pay the balance and/or any amount due for June 2007 payment. On July 6, 2007, that payment of $5,600 was delivered and received by BB&T, the Respondent.

7.    Contrary to the allegations made by Respondents on page 11 of their opposition, I am not aware of any agreement made by anyone in this office, (including myself) with any bank representative named, Mr. Bruce Sharpe, Vice President of BB&T Bank. No such agreement was made. There is no letter or reference to any such agreement. The only agreement to pay the May 2007 and June 2007 payment that I am aware of is the one with Rush Seale entered on July 2, 2007, an officer of BB&T Bank, to pay the two (2) payments which I did pay on July 2, 2007 and July 6, 2007, as agreed. Such payment, by agreement, was to cure any default. Said payments were made, as agreed, as Petitioner's record reflects.

8.    I did comply with the terms of the agreement and the full amount of $11,530.09 plus

2

has been paid as of July 6, 2007.    On July 13, 2007, I paid to BB&T $5,669.80 for July 2007 mortgage payment due July 15, 2007 and received by BB&T on July 13, 2007. See copy of Exhibit of such proof before the Court. Respondents' counsel, in his Exhibit 12, displays various documents falsely reflecting insufficient funds. However, I have never received any notice or letter whatsoever from the bank reflecting insufficient funds. BB&T has never returned any such 8 payments. All payments were received and ultimately accepted by the bank. No payment was ever returned to me or this office alleging insufficient funds regarding my mortgage and promissory note of $5,669.80 to the bank. I request that the Court require Mr. Spivok to produce any such written notice to me or this office, in open Court on July 20, 2007, that any such mortgage checks were returned as insufficient funds. If such existed, as Respondents allege, there should be clear documentation, particularly documentation forwarded to Petitioner. None exists.

9.    Petitioner also requests that Attorney Spivok deliver to Petitioner in open Court on July 20, 2007, the June 2007 mortgage check dated July 5, 2007 and Petitioner advises the Court that cashier's check in the same amount for June 2007 will be paid to BB&T by July 21, 2007.

10.    Respondents, in an action which violates Petitioner's privacy, without Petitioner Blair's permission, have not only wrongfully obtained Petitioner's recent credit report (a credit report that Petitioner himself has not even seen) and without any authorization, Respondent BB&T and its counsel, Mr. Spivok, have published this information and made disparaging remarks about this information without any written permission from Petitioner whatsoever.

11.    Moreover, the alleged credit score submitted by Attorney Spivok against Attorney Blair is irrelevant and scandalous, particularly since Mr. Blair is not currently seeking any loan from BB&T or Mr. Spivok, whatsoever. Moreover, with notice it is very easy to pay bills in one's credit

3

to rapidly increase one's credit scores. Hence, the reference to Petitioner's credit score is not only irrelevant but it is also misleading. For example, the reference to Yellowbook judgment has been appealed by Walter Blair.

12.    I further state that on July 10, 2007, I did engage in a conversation with Vice President of BB&T Bank, Mr. William Ziegler, who was well aware of any problems which I had with Mr. Spivok. In fact, Ziegler proudly advised that Mr. Spivok said to accelerate the loan and to send Mr. Blair and the matter directly to him.

13.    Mr. Ziegler further made the racial remark that "We are tired of dealing with you people." At that point, I advised Ziegler that I would file a lawsuit against the bank and him.

14.    The ruling in the matter of Walter Blair v. Jordan Spivok, Case No. 260187, resulted in Jordan Spivok's favor because he submitted false and inaccurate information before the Circuit Court of Prince George's County, particularly with respect to allegedly serving me by way of Federal Express, when in fact he is well aware that there is no such service. Spivok relied on the signed receipt of the Federal Express document. But he and the Circuit Court were advised that the secretary who signed for the Federal Express document was not authorized to sign for Walter Blair, the Defendant in that matter. **See Exhibit A, the Affidavit of Kathleen J. Prunner.** However, Mr. Spivok was able to convince the Circuit Court by raising *In re Blair* 1995 matter without advising the Circuit Court that he was aware that such was bad law and that Mr. Blair was thereafter admitted to the Maryland Bar in 1996 and the D.C. Bar in 2001. Mr. Spivok intentionally misled the Circuit court with bad law and matters he knew had been reversed in Mr. Blair's favor.

15.    I make this Affidavit and state that Mr. Spivok is involved in a personal vendetta against me and BB&T Bank, which has retained Mr. Spivok, has further engaged themself in

actions, above-mentioned, and alleged in the Complaint, which violate my civil rights.

16.    Notwithstanding, I have paid the full amount of debt owed to BB&T. BB&T advised

that it would return the June 2007 payment. To date it has not returned the June 2007 or July 2007

payment. If it does not like the form of the June 2007 payment, I have advised that I would reissue

the check in the form of a cashier's check either to BB&T or this Court's registry. To date, the bank

has refused to return the June 2007 payment.

17.    As it stands, I am fully complaint with the bank's requirement to pay, as agreed, with

Rush Seale. Additionally, Mr. Spivok has intentionally filed a foreclosure action against me alleging

that my residential property, i.e., MY HOME, is being foreclosed on by BB&T. Such is false. As

a result, numerous lawyers and consultants are contacting me, embarrassing and harassing me

alleging that my home is being foreclosed against. All of this was done intentionally and as a result

of a vendetta which BB&T, by and through its counsel, Jordan Spivok, has launched against me.

See **Exhibits 1, 2, 3, 4, 5, 6, and 7**, documents all flooding my office with a false and fraudulent

allegation that my home is being foreclosed against. Petitioner alleges that this is further evidence

of Defendant and its counsel's reckless disregard for the rights of Petitioner and their intent to ruin

Petitioner by falsely advising to the members of the public that Petitioner's residence/home is being

foreclosed against, when in fact they are well aware that such statements are false. My home has

never been foreclosed on. This action against my commercial property is the only foreclosure I have

ever been engaged in. I am 56 years old at this time. BB&T and its attorney have raised scandalous

matters after invading my credit records without my permission or knowledge, but they fail to advise

this Court that my second loan of $20,934.07 (BB&T credit card) is paid current. $500.00 was paid

on July 13, 2007, when only $419.00 was due on July 15, 2007. BB&T failed to advise this Court

accurately on the second loan due to Respondents' negligence, intentional, wrongful conduct, civil

rights violations, unfair creditor practice or with knowledge that such information would permit the

Court to order the preliminary injunctive relief sought by Petitioner Blair. **See Exhibit D**.

    FURTHER, YOUR AFFIANT SAYETH NOT.

    TAKEN, SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 19th DAY OF JULY,

2007.

                WALTER L. BLAIR

NOTARY PUBLIC: _James D. Williams_

MY COMMISSION EXPIRES: _1 June 2611_

JAMES D. WILLIAMS
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
MY COMMISSION EXPIRES JUNE 1, 2011



*Greetings from:*

*And everyone at*

**The Law Firm of BLAIR & LEE, P.C.**

**Blair Professional Building**

**4701 Melbourne Place**

**College Park, Maryland 20740**

**Telephone: (301) 474-4700**

**Facsimile: (301) 474-5568**

**E-Mail: BlairLeePC@AOL.com**

Blair Building Established Dec. 2000

United States
Will Not Deliver
Without
Postage

**To:** _____
_____
_____
_____
_____

*The Blair Bldg. W Blair*

*7/19/2007*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

WALTER BLAIR,                               )
                                            )
                    Petitioner,             )
                                            )
v.                                          )       Case No. 1:07-CV-01253
                                            )
WILLIAM ZIEGLER, et al.                     )
                                            )
                    Respondents.            )
_____     )

## AFFIDAVIT OF ATTORNEY, SANDY V. LEE

PERSONALLY APPEARED before me, Attorney, Sandy V. Lee, who first being duly sworn

on oath, deposes and says that your Affiant has personal knowledge of the facts and matters

contained herein and is competent to testify to same, namely:

1.    I am an adult over the age of 21 years old.

2.    I am the principal in the law firm of Blair & Lee, P.C.  This law firm practices in the

District of Columbia and Maryland.

3.    I have known Mr. Blair since law school, from 1998, 1999, we have worked together

in various law firms from W. Edward Thompson, Thompson, Lee & Harvey, and Lee and Harvey

to finally, Blair & Lee, P.C., since approximately 1984 through present.

4.    I have been the attorney and/or witness for and with Mr. Blair in the matter of *In re

Blair*, 614 A.2d 523 (D.C. 1992) and any and all other cases from that time until Mr. Blair was

admitted in the Maryland Bar in 1996 and I appeared for him as attorney and witness in the matter

before the District of Columbia when he was admitted in 2001.

1


PLAINTIFF'S
EXHIBIT
C

5.    Practically all matters for which there were hearings and for which many others testified on his behalf since 1987 through 2001, reflects that Mr. Blair's testimony in all of these matters were ultimately determined to be true, such that Mr. Blair was ultimately determined to be credible, truthful, forthright, candid and direct.  In fact, I am aware that Congressmen wrote letters attesting to Mr. Blair's ethical conduct and good character.  I am aware of the late Wiley Branton, former Dean of Howard University, testified on Mr. Blair's behalf concerning the D.C. admissions process and pointing out that the opposition against Mr. Blair, as far as the matter from his West Virginia practice-the heart of most of the opposition to his admission at the time, appeared racially motivated. Notwithstanding, Mr. Blair overcame all such opposition and obstacles and was admitted under circumstances where I and all of our colleagues are proud to be associated with him.  I believe the battle for racial equality and harmony continues to rage in hidden places throughout our society.

6.    I am also aware that there have been only two (2) or three (3) attorneys in the Metropolitan area who have sought to defame or damage Mr. Blair's good character by referring a court to In re Blair (1992), a D.C. Court of Appeals matter, when in fact all such attorneys were well aware that Mr. Blair had been admitted to D.C. and Maryland Bars.

7.    I am aware that when Mr. Blair brought these matters to the attention of the Court, particularly concerning the misuse of In re Blair 1992/5, at least in one case involving a client of Mr. Blair who had a Rolls Royce dispute, the attorney who made the disparaging remarks and submission, promptly settled the case and paid Mr. Blair's client thousands of dollars in settlement.

8.    In this instant case, I am aware that BB&T, by way of the first notice I have ever heard, as of July 18, 2007, have claimed that Blair & Associates/Walter Blair paid a number of insufficient checks to BB&T Bank concerning Mr. Blair's monthly mortgage payments on our law

2

building, 4701 Melbourne Place, College Park, Maryland 20740. I am involved in the day to day business of Blair & Lee, P.C., and I have never heard of nor received any notice from BB&T that our payments to BB&T were insufficient. This is the first notice I have heard of such claim by BB&T. We have never received any statement in writing from BB&T that any payment was insufficient and/or returned.

9.     Moreover, I work closely with Mr. Blair in the management of our office and payment of our bills. I am not aware of any agreement Mr. Blair made with any bank representative named, Mr. Bruce Sharpe, Vice President of BB&T Bank. If such an arrangement was made I would have known about it. The only agreement to pay the May 2007 and June 2007 payment that I am aware of is the one with Rush Seale, an officer of BB&T Bank, to pay the two (2) payments which Mr. Blair did pay on July 2, 2007 and July 6, 2007, as agreed. Such payment, by agreement, was to cure any default. And the payments were made as Petitioner record reflects.

10.     In my review of such matters, as I and members of our firm have examined such matters, it appears that those lawyers who bring this matter up are well aware of the fact that the D.C. decisions in the 1990s were reversed, Mr. Blair had been admitted to the District of Columbia Bar, he is in good standing, but such attorneys purposely raise the In re Blair 1990s matters for the purpose of intentionally misinforming the court and for the purpose of gaining an improper and unfair advantage in court.

11.     I am aware that Attorney Jordan Spivok has raised In re Blair, a D.C. matter, on at least two (2) occasions, although he is well aware that Mr. Blair has been admitted to the D.C. Bar and that the previous positions were in fact vacated when Mr. Blair was admitted to the Maryland Bar in 1996 and the D.C. Bar in 2001.

3

12.     As to Jordan Spivok, I am well aware of his spiteful, vicious and vindictive style of practice. Mr. Spivok is well aware of me and my former law firm of Lee & Harvey, during the time when Mr. Blair also worked for that law firm during the years approximately 1993 through 1995.

13.     In fact, Mr. Spivok became angry at myself and my partner during a hearing in the D.C. Superior Court and his aggressive conduct and anger was so alarming that it caused Lee & Harvey's attorney to express his shock, surprise and remarks about Mr. Spivok's conduct against us. Mr. Spivok has been aware of our law firm and Mr. Blair's association with our law firm since the 1990s to present.

14.     On July 12, 2007, I was present at the telephonic conference before this Honorable Court when Jordan Spivok, acting for Respondents/Defendants, BB&T, falsely advised the Court that he had filed foreclosure action against Mr. Blair on July 11, 2007. I am aware that Mr. Spivok now has stated that he has changed his position in his pleadings to now advise the Court that he filed foreclosure proceedings in Maryland on July 12, 2007.

15.     I am aware of the matter of Walter Blair v. Jordan Spivok, et al., Case No. 270612-V, Circuit Court of Montgomery County. I am aware that one of the pivotal issues that resulted in Mr. Spivok winning his case was the allegation that my secretary, Kathleen J. Prunner, received service of process for Mr. Blair in that case.

16.     Kathleen J. Prunner, does not have and never did have authorization to sign any documents whatsoever for Mr. Blair, whether service of process, certified mail or Federal Express documents. I am aware that such violation of the U.S. Constitution regarding service was applied wrongfully against Mr. Blair in the Blair v. Spivok, in Montgomery County Circuit Court, whereby Mr. Spivok gained an unfair and unconstitutional advantage against Mr. Blair, the Plaintiff. As such

4

the sanction of $6,414.62, which Mr. Blair was ordered to pay was wrongful and unconstitutional. The level of hostility from Jordan Spivok against Walter Blair and this law firm is alarming, offensive, provoking, unacceptable and unethical.

17.    I am aware that the Circuit Court of Montgomery County in that matter did not have the benefit of my Affidavit on the subject nor did he have the benefit of the Affidavit of my secretary, Kathleen J. Prunner, when the Court ruled in Jordan Spivok's favor with respect to service. As an attorney, it is my understanding that service was never proper in the case brought by Mr. Spivok against Mr. Blair regarding the SunTrust credit card matter.

FURTHER, YOUR AFFIANT SAYETH NOT.

TAKEN, SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 19th DAY OF JULY, 2007.

SANDY V. LEE, ESQUIRE

NOTARY PUBLIC: _James D. Williams_

MY COMMISSION EXPIRES: _1 June 2011_

JAMES D. WILLIAMS
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
MY COMMISSION EXPIRES JUNE 1, 2011

WLB/kwC:\My Documents\BLAIR, WALTER\BLAIR, WALTER\blair v bb&t (sandy lee affidavit) w6.wpd

5

**BB&T**

4108939700060223020934070000419006

**BUSINESS CARD**

| | |
|---|---|
| Account Number | 4108 9397 0006 0223 |
| Past Due Amount | $0.00 |
| Current Balance | $20,934.07 |
| Minimum Payment Due | $419.00 |
| Payment Due Date | 07-15-07 |
| Amount Enclosed $ | 500 |

Member Since: 2004

BB&T BANKCARD CORPORATION
P.O. BOX 580363
CHARLOTTE, NC 28258-0363

Make check payable to:
BB&T Bankcard Corporation
Use enclosed envelope to send
payment to the remit address.

WALTER L BLAIR                M04824
BLAIR & ASSOCIATTES
4701 MELBOURNE PL
COLLEGE PARK MD   20740-2540

---

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM.

**SUNTRUST**            **Personal Money Order**            49680 16541

VOID OVER      500.00                                    87-275/642

4434968-UMCF4                                            JULY 13, 2007

**$500.00**

FIVE HUNDRED DOLLARS AND 00 CENTS

Pay To The
Order Of        BB&T

                For payment due 7/15/07

Acct # 4108 9397 0006 0223          Walter Blair

Memo                                    Signature Of Remitter
630014 (5/05)

⑈4968016541⑈ ⑆061100790⑆ 7019019996⑈

PLAINTIFF'S
EXHIBIT
D



# SUNTRUST

## Personal Money Order

VOID OVER    500.00

4434968-UMCF4

4968016541

87-275/642

**JULY 13, 2007**



$500.00

FIVE HUNDRED DOLLARS AND 00 CENTS

Pay To The Order Of _B B & T_

For payment due 7/15/07

Acct# 4108 9397 0006 0223

Memo  630014 (5/05)

Signature Of Remiter

⑈4968016541⑈ ⑈061100790⑈ 7019019996⑈

---

PLEASE TEAR PAYMENT COUPON AT PERFORATION.

## Valued Client Information

Next month you will receive your newly-designed BB&T Credit Card statement. The statement provides you with information about your account in an easy-to-read format. Please review the insert inside.

## FINANCE CHARGE SUMMARY

|  | Average Daily Balance | Monthly Periodic Rate | ANNUAL PERCENTAGE RATE | Periodic Finance Charge |
|---|---|---|---|---|
| PURCHASES | $16,427.74 | 1.6583% | 19.90% | $272.42 |
| CASH ADVANCES | $4,351.80 | 1.6583% | 19.90% | $72.16 |

*PERIODIC RATE MAY VARY*
*ANNUAL PERCENTAGE RATE 19.90%*

## ACCOUNT SUMMARY

| Previous Balance | + | $21,564.49 |
|---|---|---|
| Payments | - | $1,000.00 |
| Purchases and Other Charges | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees | + | $25.00 |
| Finance Charges | + | $344.58 |
| Credits | - | $0.00 |
| **New Balance** |  | **$20,934.07** |

For Client Service or to report a lost or stolen card, call 1-800-397-1253.

## ACCOUNT NUMBER 4108-9397-0006-0223

| Credit Limit | $21,000 |
|---|---|
| **Amount Due** | **$419.00** |
| Available Credit | $65.93 |
| Available For Cash Advances (includes overdraft if applicable) | $65.93 |
| Statement Date | 06-20-07 |
| Payment Date | 07-15-07 |
| Disputed Amount | $0.00 |

GRACE PERIOD TO AVOID A FINANCE CHARGE ON PURCHASES, PAY ENTIRE NEW BALANCE BY PAYMENT DUE DATE. FINANCE CHARGE ACCRUES ON CASH ADVANCES UNTIL PAID AND WILL BE BILLED ON YOUR NEXT STATEMENT.

Send Inquiries To:
**Bankcard Service Center**
P.O. BOX 698
WILSON, NC 27894-0698



BB&T



**THIS IS YOUR RECEIPT**

All items are credited
subject to payment



*BB&T® Phone24*      *BB&T® OnLine*
*1-800-BANK-BBT*     *1-888-BBT-ONLINE*
*(1-800-226-5228)*   *(1-888-228-6854)*

**BBT.com**

Member FDIC

| | Location/Date/Transaction # | | Amount |
|---|---|---|---|

C0028000165
Rev. 04/01/06

        2613812 57271 002  #00139 12:22 07/14/07
        #XXXXXXXXXXXXD223BkCrdPmt        $500.00
        CREDIT NEXT BUSINESS DAY       DUPLICATE

**DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| WALTER BLAIR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-01253 |
| | ) | |
| WILLIAM ZIEGLER, Vice President of | ) | |
| BB&T Bank | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BB&T Bank | ) | |
| d/b/a Branch Banking and Trust Company | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## PRELIMINARY INJUNCTION ORDER

UPON CONSIDERATION of the Petitioner's Response to Reply to Supplemental Petition for Preliminary Injunction Based on Disingenuous Statement of Respondents' Counsel, Jordan M. Spivok, opposition thereto, following a hearing on the matter between the parties, and it appearing to the Court that good cause is shown why the Preliminary Injunction sought by Petitioner should be granted, it is on this ____ day of July, 2007,

ORDERED, that the Petition for Preliminary Injunction is GRANTED, and it is further,

**ORDERED, that Respondents are enjoined from accelerating the terms of the note between Petitioner and Respondents**, and it is further,

ORDERED, that Respondents and their agents are preliminary enjoined from terminating or attempting to terminate the mortgage loan agreement between Petitioner and Respondent, BB&T Bank, the subject of this litigation, until further order of the Court, and it is further,

ORDERED, that Respondents and their agents are preliminarily enjoined from foreclosing against, owning, transferring, selling, attempting to foreclose or own or interfering in any way with Petitioner's ownership and possessory rights, and interests and to the subject property located at 4701 Melbourne Place, College Park, Maryland 20740, until further order of the Court, and it is further,

ORDERED, that the Respondents and their agents are preliminarily enjoined from returning the monthly payments submitted or to be submitted by Petitioner to Respondents, which amount of the monthly note is approximately $5,669.80, including the payment previously paid by Petitioner for June 2007, and it is further,

ORDERED, that Respondents and their agents are enjoined from raising the outstanding principal balance of $657,635.85 on the note until further order of the court, and it is further,

ORDERED, that alternatively, the Court permit Petitioner to open up a new bank account and place the monthly mortgage note payments in said bank account and Respondents and their agents are preliminarily enjoined from interfering in any way with said bank account in which Petitioner will place the monthly payments of $5,669.80 to be presented to the Court or the trier of fact, until further order of the Court, and it is further,

ORDERED, that this preliminary hearing shall be in full force and effect against Respondents and their agents, until further order of the Court.

_____
U.S. DISTRICT COURT JUDGE

cc:     Walter L. Blair, Esquire

Jordan M. Spivok, Esquire