UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| WALTER BLAIR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:07-CV-01253 |
| ) | |
| WILLIAM ZIEGLER, et al. ) | |
| ) | |
| Respondents. ) | |
| ) | |

### PRAECIPE

Petitioner submits this errata to correct Petitioner's Affidavit, Exhibit B, p. 4, ¶14, line 3. The reference to the Circuit Court of Prince George's County is erroneous. It should read, "Circuit Court of Montgomery County."

Respectfully submitted,
BLAIR & LEE, P.C.

_____/s/_____
Walter L. Blair, Esquire, D.C. Bar # 471057

_____/s/_____
Sandy V. Lee, Esquire, D.C. Bar# 361460
4701 Melbourne Place
College Park, MD 20740
(301) 474-4700

### CERTIFICATE OF E-FILING

I HEREBY CERTIFY that on this 19th day of July, 2007, a copy of the foregoing Praecipe was electronically filed and so served upon Jordan M. Spivok, Esquire, Protas, Spivok & Collins,

1

LLC, 4550 Montgomery Avenue, Suite 1125, Bethesda, Maryland 20814.

```
                                        _____/s/_____
                                        Walter L. Blair, Esquire
```

WLB/kw C:\My Documents\BLAIR, WALTER\BLAIR, WALTER\blair v bb&t praecipe w6.wpd

to rapidly increase one's credit scores. Hence, the reference to Petitioner's credit score is not only irrelevant but it is also misleading. For example, the reference to Yellowbook judgment has been appealed by Walter Blair.

12. I further state that on July 10, 2007, I did engage in a conversation with Vice President of BB&T Bank, Mr. William Ziegler, who was well aware of any problems which I had with Mr. Spivok. In fact, Ziegler proudly advised that Mr. Spivok said to accelerate the loan and to send Mr. Blair and the matter directly to him.

13. Mr. Ziegler further made the racial remark that "We are tired of dealing with you people." At that point, I advised Ziegler that I would file a lawsuit against the bank and him.

14. The ruling in the matter of Walter Blair v. Jordan Spivok, Case No. 260187, resulted in Jordan Spivok's favor because he submitted false and inaccurate information before the Circuit Court of Montgomery County, particularly with respect to allegedly serving me by way of Federal Express, when in fact he is well aware that there is no such service. Spivok relied on the signed receipt of the Federal Express document. But he and the Circuit Court were advised that the secretary who signed for the Federal Express document was not authorized to sign for Walter Blair, the Defendant in that matter. **See Exhibit A, the Affidavit of Kathleen J. Prunner.** However, Mr. Spivok was able to convince the Circuit Court by raising *In re Blair* 1995 matter without advising the Circuit Court that he was aware that such was bad law and that Mr. Blair was thereafter admitted to the Maryland Bar in 1996 and the D.C. Bar in 2001. Mr. Spivok intentionally misled the Circuit court with bad law and matters he knew had been reversed in Mr. Blair's favor.

15. I make this Affidavit and state that Mr. Spivok is involved in a personal vendetta against me and BB&T Bank, which has retained Mr. Spivok, has further engaged themself in