G:\users docs\marcies\BB&T\J36670  Walter Blair\Stipulation of Dismissal.wpd

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

|  |  |  |
|---|---|---|
| **WALTER L. BLAIR**<br>**2600 Sunshine Court**<br>**Brookeville, MD 20833** | : :<br>: | |
| **Petitioner,** | : : | |
| **v.** | : : | **Case No.  1:07-CV-01253**<br>**Judge Ellen S. Huvelle** |
| **WILLIAM ZIEGLER**<br>**2754 Thornbrook Road**<br>**Ellicott City, MD 21042** | : : : | |
| **and** | : : | |
| **BRANCH BANKING AND TRUST COMPANY :**<br>**1909 K Street, NW**<br>**Washington, DC 20006** | : : : | |
| **Respondents.** | : : | |

## PRAECIPE

Dear Madame Clerk:

Please file the enclosed Stipulation of Dismissal with Prejudice in the above-entitled cause.

Thank you.

July 23, 2007

BLAIR & LEE, P.C.

By: _____
    Walter L. Blair, Esquire
    DC Bar No. 471057
    4701 Melbourne Place
    College Park, MD 20740
    (301) 474-4700
    *Attorney for Plaintiff*

Respectfully submitted,

PROTAS, SPIVOK & COLLINS, LLC

By: _____
    Jordan M. Spivok, Esquire
    DC Bar No. 65243
    North Lobby Two, Suite 1125
    4550 Montgomery Avenue
    Bethesda, MD 20814
    (301) 469-3602
    *Attorney for Defendants*

G:\users docs\marcics\BB&T\J36670  Walter Blair\Stipulation of Dismissal.wpd

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **WALTER L. BLAIR**<br>**2600 Sunshine Court**<br>**Brookeville, MD 20833** | : <br> : <br> : <br> : |
|        **Petitioner,** | : <br> : <br> : |
|      **v.** | :    **Case No.  1:07-CV-01253**<br> :    **Judge Ellen S. Huvelle** |
| **WILLIAM ZIEGLER**<br>**2754 Thornbrook Road**<br>**Ellicott City, MD 21042** | : <br> : <br> : <br> : |
|     **and** | : <br> : |
| **BRANCH BANKING AND TRUST COMPANY**<br>**1909 K Street, NW**<br>**Washington, DC 20006** | : <br> : <br> : <br> : |
|       **Respondents.** | : <br> : |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)

The Plaintiff hereby requests the Clerk to enter the above-styled matter as "DISMISSED

WITH PREJUDICE."   Thank you.

July 23, 2007

BLAIR & LEE, P.C.


By:
   Walter L. Blair, Esquire,
DC Bar No. 471057
4701 Melbourne Place
College Park, MD 20740
(301) 474-4700
*Attorney for Plaintiff*

Respectfully submitted,

PROTAS, SPIVOK & COLLINS, LLC


By:
   Jordan M. Spivok, Esquire
DC Bar No. 65243
North Lobby Two, Suite 1125
4550 Montgomery Avenue
Bethesda, MD 20814
(301) 469-3602
*Attorney for Defendants*